No. 65318.—Hercules Division, American Machine & Foundry Co. *v.* United States, protest 60/26761 (Norfolk).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65319.—Advance Pet Supply Co. *v.* United States, protest 59/18465 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of fish nets in chief value of steel which are used in the household in connection with small size fish tanks and aquariums for the personal convenience and comfort of the members of the household or for the care and maintenance of the home, the claim of the plaintiff was sustained.

No. 65320.—The Durst Manufacturing Co., Inc. *v.* United States, protests 320248–K and 59/1436 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of "Twin Mix" the same in all material respects as the merchandise the subject of *The Durst Manufacturing Co., Inc.* v. *United States* (43 Cust. Ct. 280, C.D. 2142), the claim of the plaintiff was sustained.